# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS GARCIA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>EL HUARACHE DE DONA CHELA INC; RAMON MARTINEZ RODRIGUEZ, AS TRUSTEE OF THE RAMON & MARGARITA RODRIGUEZ LIVING TRUST; and DOES 1 to 10,<br><br>　　　　Defendants. | Case No.: 2:24-cv-06973-WLH (KSx)<br><br>**FINAL JUDGMENT** |

　　Upon review of the court files, the motion for default judgment, the declarations submitted in support of the default judgment, and the evidence presented having been fully considered, it is hereby ordered and adjudged that Plaintiff JESUS GARCIA shall have JUDGMENT in Plaintiff's favor in the amount of $1,270.00 as costs-and-fees award, and $4,000.00 statutory damages penalty, for a total of $5,270.00, against Defendants EL HUARACHE DE DONA CHELA INC and RAMON MARTINEZ RODRIGUEZ, AS TRUSTEE OF THE RAMON & MARGARITA RODRIGUEZ LIVING TRUST.

1  Additionally, Defendants EL HUARACHE DE DONA CHELA INC and RAMON
2  MARTINEZ RODRIGUEZ, AS TRUSTEE OF THE RAMON & MARGARITA
3  RODRIGUEZ LIVING TRUST are ordered to provide an accessible parking space at the
4  property located at or about 10956 Main St., El Monte, California, in compliance with the
5  Americans with Disabilities Act Accessibility Guidelines.

Dated: 8/1/2025

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE